UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

PETS BEST INSURANCE SERVICES, LLC
        Defendant.

Case No.  1:20-cv-09942-ALC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           February 3, 2021

           Respectfully submitted,

           */s/ Joseph H. Mizrahi*
           Cohen & Mizrahi LLP
           *Attorneys for Plaintiff*